IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                              No. 3:22-cr-30-DPM-1

QUENTIN ARNAZ DANIELS                                            DEFENDANT

### ORDER

1.   After conferring with counsel, Quentin Arnaz Daniels consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, Doc. 36. No objections were filed and the time to do so has passed.

2.   Daniels, who had previously been convicted of a felony, knowingly possessed a firearm with a connection to interstate commerce on 15 February 2022 in the Eastern District of Arkansas, as charged in count one of the Indictment. He made a knowing and voluntary choice to plead guilty. The Court accepts Daniels's guilty plea and convicts him of the offense.

3.   A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 May 2023